**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7699**

———————

MARK RYLAND DOWDY,

        Plaintiff - Appellant,

     v.

UNIVERSITY OF VIRGINIA; JOHN T. CASTEEN, III; TERESA A. SULLIVAN; ELIZABETH OLMSTEAD; JEFFREY MAGNUM; RACHEL ADAMS; NANCY KNOELL; LISA SLATE; HOLLIS LUMPKIN; ANGELA BOYD; MARK RATZLAFF; LESLIE RIGGS; BEVERLY FRIES; GREGORY BURES; JAMES SATIRA,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, District Judge.  (7:11-cv-00549-MFU-RSB)

———————

Submitted:  May 24, 2012        Decided:  May 30, 2012

———————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Mark Ryland Dowdy, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Ryland Dowdy appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint as frivolous under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Dowdy v. Univ. of Va., No. 7:11-cv-00549-MFU-RSB (W.D. Va. entered Dec. 6, 2011 & filed Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>